433 A.2d 140

Hartman v. Hartman, Appellant.

Submitted November 14, 1980.   Harvey E. Schauffler, Jr., for appellant;   J. Kerrington Lewis, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Decree affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

433 A.2d 141

Homemakers Loan & Consumer District, Appellant
v. Cole.

Submitted November 14, 1980.   Thomas J. Lyons, for Homemakers Ln. & Consumer Disct., appellants;   James H. English, for Commercial Credit, participating party;   Laverne M. Kovacs, for Thorp Consumer Disct. Co., participating party.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order affirmed.